UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 DEC -9 P 12: 29

-----------------------------------------------------------x

WILLIAM J. BUTLER
    plaintiff

v.                                                    NO. 3:03CV942-WWE

MASSACHUSETTS CARPENTERS HEALTH
BENEFITS FUND, NEW ENGLAND REGIONAL
COUNCIL OF CARPENTERS and CONNECTICUT
CARPTENTERS STATE-WIDE BENEFITS FUNDS
    defendants                                  DECEMBER 5, 2003

-----------------------------------------------------------x

ENTRY OF APPEARANCE

Please enter the Appearance of Richard A. Roberts, as counsel for the defendant, WILLIAM J. BUTLER.

                                      THE PLAINTIFF
                                      WILLIAM J. BUTLER

                                      By _____
                                      Richard A. Roberts
                                      Federal Bar No: ct 07665
                                      NUZZO & ROBERTS, L.L.C.
                                      One Town Center
                                      P.O. Box 747
                                      Cheshire, Connecticut 06410
                                      Phone: (203) 250-2000
                                      Fax: (203) 250-3131
                                      Email: rroberts@nuzzo-roberts.com

## CERTIFICATION

I hereby certify that on December 5, 2003, the foregoing was mailed, postage prepaid, to:

Christopher N. Souris
Federal Bar No. CT08623
Krakow, Souris & Birmingham, LLC
225 Friend Street
Boston, MA 02114

Gregg Adler
Federal Bar No: CT05698
Livingston, Adler, Pulda & Meiklejohn, P.C.
557 Prospect Avenue
Hartford, CT 06105

Lawrence H. Lissitzyn
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103

_____
Richard A. Roberts
Federal Bar No: ct07665
NUZZO & ROBERTS, L.L.C.
One Town Center
P.O. Box 747
Cheshire, Connecticut 06410
Phone: (203) 250-2000
Fax: (203) 250-3131
Email: rroberts@nuzzo-roberts.com