UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 JAN -7  P 12: 41

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| WILLIAM J. BUTLER, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS CARPENTERS HEALTH BENEFITS FUND, NEW ENGLAND REGIONAL COUNCIL OF CARPENTERS and CONNECTICUT CARPENTERS STATE-WIDE BENEFITS FUNDS,<br><br>    Defendants. | C.A. No. 3:03CV942-WWE<br><br><br><br>December 17, 2003 |

**STIPULATION OF DISMISSAL**

Plaintiff William J. Butler, Jr. and defendants New England Regional Council of Carpenters (the "Council") and the Massachusetts Carpenters Health Benefits Fund (the "Fund") hereby stipulate to the dismissal of this action pursuant to F.R.Civ.P. 41(a)(1)(ii) as follows:

1. The dismissal is with prejudice as to plaintiff William J. Butler, Jr., except that it shall be without prejudice to the plaintiff's right, in any subsequent action by the Fund, to raise the defense that such action is not permitted or authorized by or under ERISA.

2. The dismissal is without prejudice as to both defendant Council and to defendant Fund which, together with its Trustees and other Fund

fiduciaries, shall retain all rights to collect the disputed amounts by offset against future claims or otherwise.

Dated: December 17, 2003

Richard Roberts
Nuzzo & Roberts, L.L.C.
P.O. Box 747, One Town Center
Cheshire, CT 06410
203-250-2000
Fed. Bar #07665

_____
Attorney for Plaintiff William J. Butler

Christopher N. Souris
Krakow & Souris, LLC
225 Friend Street
Boston, MA 02114
617-723-8440/ FAX 617-723-8443
Fed. Bar #08623

_____
Attorney for Massachusetts Carpenters Health Benefits Fund and New England Regional Council of Carpenters

### CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be served this 17th of December, 2003 to Richard Roberts, Nuzzo & Roberts, L.L.C., One Town Center P.O. Box 747, Cheshire, CT 06410, counsel for plaintiff, and Lawrence H. Lessitzyn, Reid and Riege, P.C., One Financial Plaza, Hartford, CT 06103, counsel for Connecticut Carpenters Health Fund by first class U.S. mail.

_____
Christopher N. Souris