UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 JAN -7 P 12: 41
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| WILLIAM J. BUTLER, JR., <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS CARPENTERS HEALTH BENEFITS FUND, NEW ENGLAND REGIONAL COUNCIL OF CARPENTERS and CONNECTICUT CARPENTERS STATE-WIDE BENEFITS FUNDS, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 3:03CV942-WWE <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) December 17, 2003 <br> ) |

### STIPULATION OF DISMISSAL

Plaintiff William J. Butler, Jr. and defendants New England Regional Council of Carpenters (the "Council") and the Massachusetts Carpenters Health Benefits Fund (the "Fund") hereby stipulate to the dismissal of this action pursuant to F.R.Civ.P. 41(a)(1)(ii) as follows:

The dismissal is with prejudice as to plaintiff William J. Butler, Jr., except that it shall be without prejudice to the plaintiff's right, in any subsequent action by the Fund, to raise the defense that such action is not permitted or authorized by or under ERISA.

2. The dismissal is without prejudice as to both defendant Council and to defendant Fund which, together with its Trustees and other Fund