UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM J. BUTLER, JR., | : |
| Plaintiff, | : |
| v. | : C.A. No. 3:03CV942-WWE |
| MASSACHUSETTS CARPENTERS HEALTH BENEFITS FUND, NEW ENGLAND REGIONAL COUNCIL OF CARPENTERS and CONNECTICUT CARPENTERS STATE-WIDE BENEFITS FUNDS [sic], | : |
| | : DECEMBER 23, 2003 |
| Defendants. | : |

## VOLUNTARY STIPULATION OF DISMISSAL AGAINST DEFENDANT CONNECTICUT CARPENTERS HEALTH FUND

Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, and with the consent of all appearing parties, Plaintiff voluntarily dismisses this action as against Defendant CONNECTICUT CARPENTERS STATE-WIDE BENEFITS FUNDS [sic] (CONNECTICUT CARPENTERS HEALTH FUND) with prejudice to its renewal.

00228.001/348706.1

1

PLAINTIFF,
WILLIAM J. BUTLER, JR.

BY _____
Richard A. Roberts
Federal Bar No. CT05394
NUZZO & ROBERTS, LLC
One Town Center
Cheshire, CT 06410
(203)250-2000
Facsimile: (203)250-3131

DEFENDANT,
CONNECTICUT CARPENTERS
HEALTH FUND

BY _____
Lawrence H. Lissitzyn
Federal Bar No. CT05356
REID and RIEGE, P.C.
One Financial Plaza
Hartford, CT 06103
(860)240-1098
Facsimile: (860)240-1002