03CV942STIPDismctcar

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM J. BUTLER, JR.,                    :

               Plaintiff,            :

     v.                                   :         C.A. No. 3:03CV942-WWE

MASSACHUSETTS CARPENTERS          :
HEALTH BENEFITS FUND, NEW ENGLAND :
REGIONAL COUNCIL OF CARPENTERS    :
and CONNECTICUT CARPENTERS        :
STATE-WIDE BENEFITS FUNDS [sic],   :

             Defendants.          :         DECEMBER 23, 2003

**VOLUNTARY STIPULATION OF DISMISSAL AGAINST DEFENDANT
CONNECTICUT CARPENTERS HEALTH FUND**

      Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, and with the consent of all appearing parties, Plaintiff voluntarily dismisses this action as against Defendant CONNECTICUT CARPENTERS STATE-WIDE BENEFITS FUNDS [sic] (CONNECTICUT CARPENTERS HEALTH FUND) with prejudice to its renewal.

1

00228.001/348706.1